UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

K. MWASI,

      Plaintiff,

  v.

RALPH DIAZ,

      Defendant.

Case No. 20-03013 EJD (PR)

**ORDER OF DISMISSAL**

Plaintiff, a California state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. On September 9, 2020, the Court dismissed the complaint with leave to amend within twenty-eight days, i.e., no later than October 7, 2020. Dkt. No. 5.

The deadline for Plaintiff to comply with the Court's order has passed. Because Plaintiff has failed to file an amended complaint in the time provided, this action is **DISMISSED** without prejudice. The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: __10/20/2020__

      EDWARD J. DAVILA
      United States District Judge

Order of Dismiss