UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KING MWASI,

    Plaintiff,

v.

D. ROMERO, et al.,

    Defendants.

Case No. 20-03013 EJD (PR)

**ORDER OF TRANSER**

Plaintiff, who is currently confined at San Quentin State Prison, filed a pro se civil rights complaint May 1, 2020. Dkt. No. 1. On September 9, 2020, the Court dismissed the complaint with leave to amend. Dkt. No. 5. When Plaintiff did not file an amended complaint in the time provided, the Court dismissed the matter without prejudice on October 20, 2020. Dkt. No. 7. In the interest of justice, the Court granted Plaintiff's request to reopen the case on December 9, 2020, and provided him additional time to file an amended complaint. Dkt. No. 10. On March 16, 2021, Plaintiff filed an amended complaint. Dkt. No. 13.

In the amended complaint, Plaintiff alleges that his placement in the security housing unit ("SHU") based on a gang validation violated his constitutional rights. Dkt. No. 13 at 5. The allegations indicate that the related proceedings and SHU placement took

place in Los Angeles County. Id.  Because the relevant defendants for Plaintiff's claims reside in and the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division for the Central District of California, see 28 U.S.C. § 84(c), venue properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED  to the United States District Court for the Central District of California.  See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Western Division for the Central District of California.

**IT IS SO ORDERED.**

**Dated:** __8/10/2021_____   _____
EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.21\03013Mwasi_transfer(CD)